FILED
CLERK, U.S. DISTRICT COURT
February 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TARASZKA, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT REHABILITATION, LLC,<br>a California Limited Liability<br>Company,<br><br>　　　　　　　　Defendant. | Case No.: 2-20-cv-11450-SB-SBx<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>**FRCP 41(a)(1)** |

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that, in the above-captioned matter, the case is dismissed in its entirety, with prejudice, with court costs and fees to be paid by the party incurring same.

DATED this 26 day of _____February_____, 2021.

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE